UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-276-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO UNSEAL CASE |
| ) | |
| DARRYL VASHAUN STANFORD ) | |

Upon motion of the United States, it is hereby ORDERED that the above-captioned case, including docketed entries and filings therein, is UNSEALED.

The Clerk of Court is hereby ORDERED to unseal the matter in accordance with this Order.

So ordered, this the 30th day of June, 2017.

*Louise V. Flanagan*
HONORABLE LOUISE W. FLANAGAN
United States District Judge