# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## NO. 5:16-CR-00276-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DARRYL STANFORD, ) | |
|         Defendant ) | |

UPON the Defendant's motion to seal and for the reasons articulated in the Defendant's motion, this Court ORDERS Docket Entry 32 be SEALED.

SO ORDERED this the 25th day of October 2017.

_____
LOUISE FLANAGAN
United States District Judge

1