UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00276-FL-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| **DARRYL STANFORD,** | ) | |
|         **Defendant** | ) | |

UPON the Defendant's motion to seal and for the reasons articulated in the Defendant's motion, this Court ORDERS Docket Entry 45 be SEALED until such time as the Court orders the document unsealed.

SO ORDERED this the 16th day of February 2018.

                                                                       LOUISE FLANAGAN
                                                                       United States District Judge