IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16CR00276-001FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DARRYL VASHAUN STANFORD, | ) | ORDER TO UNSEAL |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TECHNICAL SOURCE, LLC, | ) | |
| | ) | |
| Garnishee. | ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [DE #83] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE #113] in the above-captioned case be unsealed.

This the __24th__ day of ___April___, 2018.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE