IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16CR00276-001FL

UNITED STATES OF AMERICA,            )
                                     )
                      Plaintiff,     )
                                     )
            v.                       )
                                     )
DARRYL VASHAUN STANFORD,             )          ORDER TO UNSEAL
                                     )
                      Defendant,     )
                                     )
            v.                       )
                                     )
STATE EMPLOYEES' CREDIT UNION,       )
                                     )
                      Garnishee.     )


        Upon motion of the United States, it is hereby ORDERED that

the government's Application for Writ of Garnishment [DE #80] and

the Writ of Garnishment issued as its result along with the

Instructions to Criminal Defendant, Clerk's Notice of Post-

Judgment Garnishment, Right to Have Exemptions Designated,

Objection to Answer, and Request for Hearing [DE #112] in the

above-captioned case be unsealed.

        This the __24th__ day of _____April_____, 2018.


                        _____
                        LOUISE W. FLANAGAN
                        UNITED STATES DISTRICT JUDGE