IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16CR00276-001FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | WITHDRAWAL OF |
| v. ) | WRITS OF GARNISHMENT |
| ) | |
| DARRYL VASHAUN STANFORD, ) | |
| ) | |
| Defendant, ) | |

On April 10, 2018, the following Writs of Garnishment were issued based on the Applications for Writ of Garnishment filed by the United States of America on April 5, 2018 [D.E. 62, 65, 68, 71, 80, 86, and 92]:

1) D.E. 106, Writ of Garnishment as to Modern Woodmen of America;

2) D.E. 107, Writ of Garnishment as to John Hancock Funds, LLC;

3) D.E. 108, Writ of Garnishment as to Coastal Federal Credit Union;

4) D.E. 109, Writ of Garnishment as to Lincoln Benefit Life Company;

5) D.E. 112, Writ of Garnishment as to State Employees' Credit Union;

6) D.E. 114, Writ of Garnishment as to The Vanguard

Group, Inc.;

7) D.E. 116, Writ of Garnishment as to Wells Fargo Bank, N.A.

The United States of America has now withdrawn its Applications for Writ of Garnishment and requested that the Writs issued pursuant to them be withdrawn. The above listed Writs of Garnishment filed in this matter are hereby withdrawn and are of no further legal consequence. The United States states that it reserves the right to reapply for these writs of garnishment in accordance with the terms of the parties' signed settlement agreement.

This 21 day of May, 2018.

PETER A. MOORE, JR.
Clerk, U. S. District Court